UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 15-cv-03187-RS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the joint stipulation filed on December 4, 2015, (Dkt. No. 28), all claims asserted between plaintiff Hawk Technology Systems, LLC and defendant City and County of San Francisco are dismissed with prejudice, each side to bear its own attorneys' fees and costs. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 7, 2015

_____
RICHARD SEEBORG
United States District Judge